Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed January 6, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01133-CV

____________

 

IN RE TEXAS WINDSTORM INSURANCE
ASSOCIATION, Relator

 



ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

Trial Court No. 09-CV-01043

10th District Court

Galveston, Texas

 

 



M E M O R
A N D U M  O P I N I O N

            On November 18, 2010, relator, Texas Windstorm Insurance
Association, filed a petition for writ of mandamus in this court.  See
Tex. Gov’t Code Ann §22.221; see also Tex. R. App. P. 52.1. 

On December 21, 2010, relator filed a motion to dismiss the
petition because the real parties filed a non-suit of their claims against
relator.  The motion is granted.  

            Accordingly, the petition for writ of mandamus is ordered
dismissed.

                                                            PER
CURIAM

Panel
consists of Justices Anderson, Frost, and Brown.